Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONCORD DRYWALL, INC., a California Corporation, and TIM TITSWORTH, an individual, <br><br> Defendants. | Case No.: C12-0252 CW <br><br> **SATISFACTION OF JUDGMENT** |

1. The undersigned hereby acknowledges that the Judgment in the above-captioned action has been satisfied in full.

2. The names and address of the judgment creditors are the Bay Area Painters And Tapers Pension Trust Fund, et al., c/o Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

3. The names and addresses of the judgment debtor is as follows:

   (a) Timothy R. Titsworth, 3112 Meadowbrook Drive, Concord, CA 94519; 1717 Solano Way, Ste 28, Concord, CA 94519;

   (b) Concord Drywall, Inc., 1717 Solano Way, Ste 28, Concord, CA 94519.

4. The Judgment Pursuant to Stipulation was entered on February 24, 2012.

5. An Abstract of Judgment was recorded as follows: Contra Costa County, California, on March 22, 2012, as instrument number 2012-0066211-00.

1  *NOTICE TO JUDGMENT DEBTOR*: If this is an acknowledgment of full satisfaction of judgment, it must be recorded in the county shown in Item 5 above, in order to release the judgment lien.

2

3  Dated: September 25, 2012          SALTZMAN & JOHNSON LAW CORPORATION

4

5                                                   By: /s/ Muriel B. Kaplan
                                                   MURIEL B. KAPLAN
6                                                  Attorneys for Plaintiffs, Bay Area Painters &
                                                   Tapers Trust Funds

7

8                          **NOTARIZATION**

9  State of California        )
                               )
10 County of San Francisco     )

11 On September 25, 2012, before me, Vanessa de Fabrega, Notary Public, personally
12 appeared MURIEL B. KAPLAN, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she
13 executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
14

15 I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

16
   WITNESS my hand and official seal.
17
                                                   /s/ Vanessa de Fabrega
18  [Notary Seal: VANESSA DE FABREGA          Notary's Signature
    Commission # 1925760
    Notary Public - California
    San Francisco County
    My Comm. Expires Mar 15, 2015]

19 **IT IS SO ORDERED.**

20
   IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall
21 retain jurisdiction over this matter.

22 Dated: 9/26/2012

23                                                 /s/ Claudia Wilken
                                                   UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28